IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02015-MSK-KMT

NICOLE LUMPKIN,

    Plaintiff,

v.

RODNEY CLARK, individually and as a Police Officer of the City and County of Denver,
GERALD R. WHITMAN, individually and as Chief of Police of the City and County of Denver,
JOHN HICKENLOOPER, individually and as Mayor of the City and County of Denver,
and the
CITY AND COUNTY OF DENVER, a municipal Corporation,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Defendant's Joint Motion to Vacate March 24, 2008 Settlement Conference" (#39, filed March 12, 2008) is GRANTED.

Dated: March 14, 2008