IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02015-MSK-KMT

NICOLE LUMPKIN,

    Plaintiff,

v.

RODNEY CLARK, individually and as a Police Officer of the City and County of Denver,
GERALD R. WHITMAN, individually and as Chief of Police of the City and County of Denver,
JOHN HICKENLOOPER, individually and as Mayor of the City and County of Denver,
and the
CITY AND COUNTY OF DENVER, a municipal Corporation,

    Defendants.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Defendants' Second Joint Motion for Extension of Time to Submit Written Discovery Responses" (#58, filed April 3, 2008) is GRANTED. Defendants will have up to and including April 17, 2008 in which to answer "Plaintiff's First Set of Interrogatories to Defendant City and County of Denver" and "Plaintiff's First Request for Production of Documents to Defendants Rodney Clark and the City and County of Denver."

The "Unopposed Motion for Entry of Stipulated Protective Order" (#63, filed April 7, 2008) is GRANTED.

Dated: April 14, 2008