IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02015-MSK-KMT

NICOLE LUMPKIN,

    Plaintiff,

v.

RODNEY CLARK, individually and as a Police Officer of the City and County of Denver,
GERALD R. WHITMAN, individually and as Chief of Police of the City and County of Denver,
JOHN HICKENLOOPER, individually and as Mayor of the City and County of Denver,
and the
CITY AND COUNTY OF DENVER, a municipal Corporation,

    Defendants.

## ORDER

    This matter is before the court on a review of the file and pending motions. The court is sympathetic to the defendants' difficulties in obtaining a reasonable stipulated protective order in the case. However, now that these issues are resolved, fundamental fairness dictates that all the parties should have the same access to witness statements and other investigative materials generated in the internal investigation and the criminal prosecution except for limited attorney privileged documents. Therefore it is

    ORDERED that Defendants shall file a status report on or before Tuesday, May 27, 2008 describing the measures they have taken in Denver County Court case number 05M08222 to request that the sealed documents be released for purposes of this case under a protective order.

Defendants shall report on the support they have provided to plaintiff in her motion to have the documents unsealed for a limited purpose.

Dated this 21st day of May, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge