IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02015-MSK-KMT

NICOLE LUMPKIN,

    Plaintiff,

v.

RODNEY CLARK, individually and as a Police Officer of the City and County of Denver,
GERALD R. WHITMAN, individually and as Chief of Police of the City and County of Denver,
JOHN HICKENLOOPER, individually and as Mayor of the City and County of Denver,
and the
CITY AND COUNTY OF DENVER, a municipal Corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Vacate Minute Order Dated May 20, 2008" (#114, filed June 4, 2008) is GRANTED. The hearing set for June 10, 2008 will be open to the public.

Dated: June 6, 2008