IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02015-MSK-KMT

NICOLE LUMPKIN,

    Plaintiff,

v.

RODNEY CLARK, individually and as a Police Officer of the City and County of Denver,
GERALD R. WHITMAN, individually and as Chief of Police of the City and County of Denver,
JOHN HICKENLOOPER, individually and as Mayor of the City and County of Denver,
and the
CITY AND COUNTY OF DENVER, a municipal Corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Leave to File Exhibit 1 to Plaintiff's Reply to Defendant City and County of Denver's Response to Plaintiff's Motion to Compel Responses to Production of Documents by July 2, 2008" (#133, filed June 27, 2008) is **GRANTED**. Plaintiff counsel is reminded of his duty to confer under D.C.Colo.LCivR 7.1A. The Local Rules of Practice for the District of Colorado (effective April 15, 2002 with updates through January 1, 2008) require all parties to confer on motions and other disputes before a motion is filed. *See also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997). Future motions that are filed absent conferral will be denied.

Dated: July 1, 2008