IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02015-MSK-KMT

NICOLE LUMPKIN,

    Plaintiff,

v.

RODNEY CLARK, individually and as a Police Officer of the City and County of Denver,
GERALD R. WHITMAN, individually and as Chief of Police of the City and County of Denver,
JOHN HICKENLOOPER, individually and as Mayor of the City and County of Denver,
and the
CITY AND COUNTY OF DENVER, a municipal Corporation,

    Defendants.

## ORDER

This matter is before the court on Plaintiff's Motion to Compel Answers to Interrogatories and to Compel Production of Documents from Defendant Rodney Clark [Doc. No. 82, filed May 9, 2008]; Plaintiff's Motion to Compel Answers to Interrogatories From Defendant City and County of Denver [Doc. No. 83, filed May 9, 2008]; and Plaintiff's Motion to Compel Responses to Production of Documents from Defendant City and County of Denver [Doc. No. 84, filed May 9, 2008].

The underlying controversy involving these motions was the City and County of Denver and Clark's inability to produce documents responsive to discovery requests to Plaintiff as a result of a state court sealing order. The parties have filed status reports indicating that the

sealing order in the state court has been lifted and the defendants are producing large volumes of documentation to the plaintiff. It appears, therefore, that the issues raised in the May 9, 2008 pleading are resolved, rendering the specific motions moot.

Therefore, it is **ORDERED**

Plaintiff's Motion to Compel Answers to Interrogatories and to Compel Production of Documents from Defendant Rodney Clark [Doc. No. 82, filed May 9, 2008]; Plaintiff's Motion to Compel Answers to Interrogatories From Defendant City and County of Denver [Doc. No. 83, filed May 9, 2008]; and Plaintiff's Motion to Compel Responses to Production of Documents from Defendant City and County of Denver [Doc. No. 84, filed May 9, 2008] are **DENIED** as moot.

The discovery progress of this case has been delayed as a result of the sealing of the state court records. This delay is not attributable to any party. However, the discovery schedule contained in the Scheduling Order [Doc. No. 23] has become unworkable.

Therefore, it is **ORDERED** the dates for completion of certain of the discovery phases contained in the Scheduling Order are hereby modified as follows:

| | |
|---|---|
| Discovery Cut Off Date | 12-15-2008 |
| Disposition Motions Date | 01-14-2009 |
| Initial Expert Disclosure | 10-15-2008 |
| Rebuttal Expert Disclosure | 11-14-2008 |

The status/scheduling hearing set for July 29, 2008 at 9:00 a.m. is **VACATED**.

Dated this 25th day of July, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge