IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02015-MSK-KMT

NICOLE LUMPKIN,

    Plaintiff,

v.

RODNEY CLARK, individually and as a Police Officer of the City and County of Denver,
GERALD R. WHITMAN, individually and as Chief of Police of the City and County of Denver,
JOHN HICKENLOOPER, individually and as Mayor of the City and County of Denver,
and the
CITY AND COUNTY OF DENVER, a municipal Corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

The "Parties' Joint Motion to Amend Scheduling Order Deadlines" (#151, filed August 1, 2008) is GRANTED. The Scheduling Order, Doc. No. 23, as amended by the Court's Order of July 25, 2008, [Doc. No. 148], is further amended to reflect the following extended dates for discovery:

    Initial expert disclosure deadline  January 30, 2009;
    Rebuttal expert disclosure deadline  February 27, 2009;
    Discovery cutoff  March 31, 2009; and
    Dispositive motion deadline  April 30, 2009.

Dated: September 10, 2008