IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02015-MSK-KMT

NICOLE LUMPKIN,

    Plaintiff,

v.

RODNEY CLARK, individually and as a Police Officer of the City and County of Denver,
GERALD R. WHITMAN, individually and as Chief of Police of the City and County of Denver,
JOHN HICKENLOOPER, individually and as Mayor of the City and County of Denver,
and the
CITY AND COUNTY OF DENVER, a municipal Corporation,

    Defendants.

**MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge

This matter is before the court on a "Motion to Withdraw as Counsel of Record for Defendants City and County of Denver, Gerald Whitman, and John Hickenlooper" filed by Patrick E. Rogers [Doc. No. 167, filed January 8, 2009].

Being otherwise fully advised, it is hereby ORDERED that the motion [Doc. No. 167] is GRANTED. Attorney Patrick E. Rogers is relieved of any further representation of Defendants in the above captioned matter. The Clerk of Court is instructed to remove Mr. Rogers from the electronic certificate of mailing.

Dated this 9th day of January 2009.

BY THE COURT

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA