# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-02015-MSK-KMT | FTR - C201 |
| **Date:** March 20, 2009 | Ginny Kramer, Deputy Clerk |
| NICOLE LUMPKIN | Kenneth Padilla |
| Plaintiff, | |
| v. | |
| RODNEY (I) CLARK, *individually* | Michael Lowe |
| RODNEY CLARK, *as a Police Officer of the City and County of Denver,* | Gillian Fahlsing |
| GERALD R. WHITMAN, *individually*, | |
| GERALD R. WHITMAN, *as chief of Police of the City and County of Denver,* | |
| JOHN (I) HICKENLOOPER, *individually*, | |
| JOHN HICKENLOOPER, *as Mayor of the City and County of Denver,* and | |
| DENVER, CITY and COUNTY of, *a municipal corporation,* | |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**TYPE OF HEARING** - MOTION HEARING

**Court in Session 10:08 a.m.**

Court calls case. Appearances of counsel.

Argument by the parties as to the Plaintiff's Second Motion to Compel *Responses to Request for Production of Documents from Defendant City and County of Denver* [#158] filed October 27, 2008.

**It was ORDERED:**

1. That the Plaintiff's Second Motion to Compel *Responses to Request for Production of Documents from Defendant City and County of Denver* [#158] filed October 27, 2008, is **granted in part and denied in part**, as stated on the record.

2. That the discovery deadlines are extended as follows:

   **Expert deadline is July 1, 2009.**
   **Rebuttal Expert Deadline is August 3, 2009.**
   **Discovery Cut-off Deadline is September 4, 2009.**
   **Dispositive Motion Deadline is October 5, 2009.**

3. That this motion hearing is continued to **March 26, 2009, at 10:30 a.m.**

4. That the Plaintiff may file any appeal to the Court's order **within ten (10) days** after the conclusion of the hearing on March 26, 2009.

**Court in recess 12:28 p .m.**

Total In-Court Time:  2 hours and 20 minutes
Hearing continued

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)-825-6119.